DANIELLE OCHS, State Bar No. 178677
dot@ogletreedeakins.com
ZACHARY W. SHINE, State Bar No. 271522
zachary.shine@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
MARCH OF DIMES FOUNDATION


SONYA L. SMALLETS, State Bar No. 226190
sonya@minnisandsmallets.com
AARON P. MINNIS, State Bar No. 202935
SEAN D. MCHENRY, State Bar No. 284175
sean@minnisandsmallets.com
MINNIS & SMALLETS LLP
369 Pine Street, Suite 500
San Francisco, CA 94104
Telephone:     415.551.0885
Facsimile:     415.683.7157

Attorneys for Plaintiff
MARGUERITE MAZZITTI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE MAZZITTI,<br><br>                Plaintiff,<br><br>        vs.<br><br>MARCH OF DIMES FOUNDATION; and DOES 1 through 10,<br><br>                Defendants. | Case No. 3:16-cv-03781-JST<br><br>**STIPULATION WITHDRAWING DISCOVERY DISPUTE REGARDING MARCH OF DIMES' SUBPOENAS**<br><br>Date:        October 18, 2016<br>Time:        9:30 a.m.<br>Place:       Courtroom 9, 19th Floor<br>Judge:      Hon. Jon S. Tigar<br><br>Complaint Filed:  May 28, 2015<br>Trial Date:         None Set |

Plaintiff Marguerite Mazzitti ("Plaintiff") and Defendant March of Dimes Foundation ("MOD" or "Defendant") (collectively the "Parties") have further met and conferred regarding their discovery dispute concerning March of Dimes' subpoenas to Plaintiff's former employers, current employer and government board on which Plaintiff serves.  The Parties have reached an agreement and hereby agree and stipulate to withdraw their dispute.

DATED:  October 17, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Zachary W. Shine
    Danielle Ochs
    Zachary W. Shine

Attorneys for Defendant
MARCH OF DIMES FOUNDATION

DATED:  October 17, 2016

MINNIS & SMALLETS LLP

By:  /s/ Sean D. McHenry
    Sonya L. Smallets
    Aaron P. Minnis
    Sean D. McHenry

Attorneys for Plaintiff
MARGUERITE MAZZITTI

## ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED:  October 17, 2016

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Zachary W. Shine
    Danielle Ochs
    Zachary W. Shine

Attorneys for Defendant
MARCH OF DIMES FOUNDATION

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

DATED: __October 17, 2016__      _____

3                                                          The Honorable Jon S. Tigar

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28