UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGUERITE MAZZITTI,<br><br>    Plaintiff,<br><br>  v.<br><br>MARCH OF DIMES FOUNDATION,<br><br>    Defendant. | Case No. 16-cv-03781-JST<br><br>**SCHEDULING ORDER AND ORDER TO SHOW CAUSE** |

The trial of this matter is scheduled to begin on November 6, 2017 at 8:30 a.m., and the pretrial conference is scheduled for October 13, 2017 at 2:00 p.m. A pretrial statement was due October 3, 2017, but none was filed.

On its own motion, the Court hereby advances the pretrial conference to October 12, 2017 at 9:30 a.m. in Courtroom 9, 450 Golden Gate Avenue, 19th Floor, San Francisco, CA.

The Court infers from the absence of a pretrial statement that Plaintiff is no longer prosecuting this case. Therefore, the parties, and each of them, are ORDERED TO SHOW CAUSE why this case should not be dismissed with prejudice. A written response to this order is due October 10, 2017. The Court will conduct a hearing on this order to show cause concurrently with the pretrial conference on October 12. If no response is filed on October 10, or no one appears on October 12, the Court will dismiss this case with prejudice.

IT IS SO ORDERED.

Dated: October 4, 2017

_____
JON S. TIGAR
United States District Judge