1  DANIELLE OCHS, State Bar No. 178677
   danielle.ochs@ogletree.com
2  ZACHARY W. SHINE, State Bar No. 271522
   zachary.shine@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:   415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendant
7  MARCH OF DIMES FOUNDATION

8

9  SONYA L. SMALLETS, State Bar No. 226190
   sonya@minnisandsmallets.com
10 AARON P. MINNIS, State Bar No. 202935
   SEAN D. MCHENRY, State Bar No. 284175
11 MINNIS & SMALLETS LLP
   369 Pine Street, Suite 500
12 San Francisco, CA 94104
   Telephone:   415.551.0885
13 Facsimile:    415.683.7157

14 Attorneys for Plaintiff
   MARGUERITE MAZZITTI

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARGUERITE MAZZITTI, | Case No. 3:16-cv-03781-JST |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| MARCH OF DIMES FOUNDATION; and DOES 1 through 10, | Action Filed:     May 24, 2016 |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Marguerite Mazzitti ("Plaintiff") and Defendant March of Dimes Foundation ("MOD") (collectively "the Parties"), by and through their respective counsel of record, stipulate and request that the entire above-captioned action be dismissed with prejudice, with each side to bear its own costs and fees. The Parties further stipulate and request that Judge Jon S. Tigar of the United States District Court for the Northern District of California or his successor retain jurisdiction to enforce the provisions of the Settlement Agreement and General Release ("Agreement") and over any matters or actions brought to enforce the Agreement.

DATED: October 4, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Zachary W. Shine*
   DANIELLE OCHS
   ZACHARY W. SHINE

Attorneys for Defendant
MARCH OF DIMES FOUNDATION

DATED: October 4, 2107

MINNIS & SMALLETS

By: */s/ Sonya L. Smallets*
   SONYA SMALLETS

Attorneys for Plaintiff
MARGUERITE MAZZITTI

# SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: October 4, 2017

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _/s/ Zachary W. Shine_
DANIELLE OCHS
ZACHARY W. SHINE

Attorneys for Defendant
MARCH OF DIMES FOUNDATION

# ORDER OF THE COURT

Pursuant to the Stipulation And [Proposed] Order by and between Plaintiff Marguerite Mazzitti and Defendant March of Dimes Foundation, and good cause appearing to the Court:

IT IS HEREBY ORDERED that the matter is dismissed with prejudice in its entirety, in accordance with the terms of the Stipulation. Each party shall bear its own fees and costs. This Court shall retain jurisdiction to enforce the provisions of the Settlement Agreement and General Release ("Agreement") and ~~Stipula~~over any matters or actions brought to enforce the Agreement. *Marguerite Mazzitti v. March of Dimes Foundation*, Case No. 3:16-cv-03781-JST, is hereby dismissed.

**IT SO ORDERED.**

DATED: October 4, 2017

HONORABLE JON S. TIGAR
United States District Court Judge